# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 20 B 01504 |
| Lillie M Parker, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| ) | |
| ) | |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

Chicago Patrolmen's Federal Credit Union, c/o David W Lipschutz, Trunkett & Trunkett, P.C., 20 N. Wacker Drive, Suite 1434, Chicago, IL 60606;
See attached service list.

Please take notice that on August 10, 2020, at 10:00 a.m., I shall appear before the Honorable Judge Jacqueline P. Cox or before any judge sitting in her place and stead , in Courtroom 680 Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and present the attached motion.

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing

## **PROOF OF SERVICE**

   The undersigned, an attorney, certifies that he sent this notice and the attached motion on June 18, 2020, to the Chapter 13 Trustee listed above via electronic court notification and to the creditors listed above and the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

              */s/ Steve Miljus*
              Attorney for Debtor
              The Semrad Law Firm, LLC
              20 S. Clark Street, 28th Floor
              Chicago, IL 60603
              (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-01504<br>Northern District of Illinois<br>Eastern Division<br>Thu Jun 18 07:18:55 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 74TH ST FCU<br>10053 S Western Ave<br>Chicago, IL 60643 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CB/CARSONS<br>PO Box 659813<br>San Antonio, TX 78265-9113 | CHGO PM CU<br>203 N. WASBASH<br>CHICAGO, IL 60601-2424 |
| CHICAGO PATROLMANS FCU<br>1407 W WASHINGTON BLVD<br>CHICAGO, IL 60607-1820 | CHICAGO PATROLMENS FCU<br>1407 W Washington Blvd<br>Chicago, IL 60607-1820 | CREDIT ACCEPTANCE CORP<br>PO BOX 513<br>SOUTHFIELD, MI 48037-0513 |
| CREDIT COLLECTION SERV<br>725 CANTON ST<br>NORWOOD, MA 02062-2679 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 | (p)CREDITORS' DISCOUNT & AUDIT CO    CDA<br>ATTN KEN ARMSTRONG<br>415 E MAIN ST<br>PO BOX 213<br>STREATOR IL 61364-0213 |
| CTA 74TH STREET DEPOT FCU<br>10053-57 S WESTERN<br>CHICAGO IL 60643 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Chicago Patrolmen's Federal CU<br>Trunkett & Trunkett, P.C<br>20 N. Wacker Dr. Suite 1434<br>Chicago, IL 60606-2906 |
| City of Chicago Department of Finance<br>c/o Arnold Scott Harris P.C.<br>111 W Jackson Blvd Ste.600<br>Chicago IL. 60604-3517 | City of Chicago Parking Tickets<br>121 N La Salle St Rm 107a<br>Chicago, IL 60602-1232 | Credit Acceptance Corporation<br>25505 W 12 Mile Rd #3000<br>Southfield MI 48034-8331 |
| DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE, FL 32256-0596 | ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | HARRIS & HARRIS LTD<br>222 Merchandise Mart Plaza, Suite 1900<br>Chicago, IL 60654-1421 |
| IL Secretary of State<br>2701 S. Dirksen Parkway<br>Springfield, IL 62723-0002 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV FUNDING LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MIDLAND CREDIT MANAGEM<br>320 E BIG BEAVER RD STE<br>TROY, MI 48083-1271 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | ONEMAIN<br>605 Munn Rd E<br>Fort Mill, SC 29715-8421 | OneMain Financial Group, LLC<br>OneMain<br>P.O. Box 3251<br>Evansville, IN 47731-3251 |

| | | |
|---|---|---|
| T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | WEBBANK/FINGERHUT<br>7075 Flying Cloud Dr<br>Eden Prairie, MN 55344-3532 | Adriana Cross<br>The Semrad Law Firm LLC<br>20 S. Clark<br>28th Floor<br>Chicago, IL 60603-1811 |
| Lillie M Parker<br>15549 Vincennes Rd # R<br>Phoenix, IL 60426-3755 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK USA N<br>PO BOX 85520<br>RICHMOND, VA 23285 | CREDITORS DISCOUNT & A<br>415 E MAIN ST<br>STREATOR, IL 61364 | JEFFERSON CAPITAL SYST<br>PO BOX 23051<br>Columbus, GA 31902 |
| (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Chicago Patrolmen's Federal Credit Unio | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     1<br>Total                   36 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 20 B 01504 |
| Lillie M Parker, | ) | HON. Jacqueline P. Cox |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | |

**MOTION TO MODIFY PLAN**

Lillie M Parker, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, LLC, moves this Honorable Court to enter an Order Modifying the Chapter 13 Plan, Debtor states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157.  This is a core proceeding pursuant to 28 U.S.C. §157.

2. Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on January 18, 2020.

3. On March 9, 2020, this Honorable Court entered an Order confirming the Debtor's Chapter 13 Plan of reorganization.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $175.00 per month for 36 months. Secured creditors are to be paid 100.00% and general unsecured creditors are to be paid 10.00% of their allowed claims.

5. Debtor seeks to amend Section 3.5 to surrender the 2006 Ford Explorer to One Main Financial, LLC, in full satisfaction of the secured claim, Claim 3-1.

6. Debtor respectfully requests this Honorable Court enter an Order modifying Section 3.5 of the confirmed Chapter 13 Plan to surrender the vehicle to One Main

        Financial, LLC, in full satisfaction of the secured claim.

7. Debtor further requests that nothing in this motion shall require the Trustee to perform collections from creditors pursuant to any prior plan.

8. Debtor has filed the instant case in good faith and is in a position to proceed.

WHEREFORE, Debtor, Lillie M Parker, prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the confirmed Chapter 13 Plan at Section 3.5 to surrender the 2006 Ford Explorer to One Main Financial, LLC, in full satisfaction of the secured claim;

B. That this Honorable Court enter an Order stating nothing shall require the Trustee to perform collections from creditors pursuant to any prior plan; and

C. That this Honorable Court order any further relief as the Court may deem fair and proper.

                                          Respectfully Submitted,

                                          */s/ Steve Miljus*
                                          Attorney for Debtor
                                          The Semrad Law Firm, LLC
                                          20 S. Clark Street, 28th Floor
                                          Chicago, IL 60603
                                          (312) 913-0625